35D01-2111-PL-000707          Filed: 11/22/2021 3:40 PM
Huntington Superior Court          Clerk
         Huntington County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON SUPERIOR COURT |
| | ) SS: | |
| HUNTINGTON COUNTY | ) | CAUSE NO:_____ |
| | | |
| DIANA I. BRODRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART REAL ESTATE | ) | |
| BUSINESS TRUST, and | ) | |
| JIM CLARK | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, Diana I. Brodrick, (hereinafter "Plaintiff") by counsel, DELK McNALLY, LLP, for her Complaint against Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, and Jim Clark (collectively "Defendants"), alleges and states as follows:

1. Plaintiff is and has been at all times relevant to this Complaint, a resident of Huntington County, Indiana.

2. Defendant, Wal-Mart Stores, Inc., is an Arkansas corporation doing business in Huntington County, Indiana, and operates a Walmart Supercenter #2311 located at 2800 Walmart Drive, Huntington, Indiana.

3. Defendant, Wal-Mart Real Estate Business Trust, is a real estate business trust and is the registered owner of real property in Huntington County with a common address of 2800 Walmart Drive, Huntington, IN. As the registered owner of the real estate where the Walmart Supercenter is located, Defendant owed Plaintiff a duty of care to protect against hazards located at the real estate.

**EXHIBIT A**

4. Defendant, Jim Clark, was at all relevant times employed as the Store Manager of the Walmart Supercenter located at 2800 Walmart Drive, Huntington, Indiana. As Store Manager, he was responsible for the general safety of the premises and training and supervision of employees as it relates to store policies and store safety for the invitees of Wal-Mart. Defendant Clark, upon information and belief, resides in Huntington County, Indiana.

5. As such, venue is proper in Huntington County, Indiana pursuant to Indiana Rule of Trial Procedure 75.

6. On or about December 1, 2019, Plaintiff was a business invitee, and as she was walking into the Walmart Supercenter in Huntington when she slipped and fell on a wet, slippery/liquid substance which had accumulated on the floor of the store.

7. Defendants owed Plaintiff a duty of care to provide a safe and secure environment for its invitees. Defendants failed to meet this duty of care, and Plaintiff suffered severe permanent injuries as a result.

8. Defendants were negligent by, but not necessarily limited to: failing to maintain the premises in a reasonably safe manner; failing to provide safe passages for ingress/egress to and from the premises; allowing a hazard to exist in a location frequented by invitees of the premises; not employing proper inspection and/or clean-up practices; and failing to warn invitees of a hazard existing on the premises.

9. Defendant Clark was also negligent by failing to properly train and/or supervise the Wal-Mart employees to ensure that the main thoroughfares of the Wal-Mart store were free from hazardous conditions.

10. Defendants' negligence was the proximate cause of Plaintiff's injuries, and, as a result of these injuries, Plaintiff has incurred medical expenses, has endured pain and suffering,

has suffered permanent injuries, and will continue to endure pain and suffering and incur expenses and damages.

WHEREFORE, Plaintiff prays for a judgment against Defendant in an amount sufficient to compensate her for her injuries and damages and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff, by counsel, hereby requests a trial by jury for all matters stated and alleged herein.

Respectfully submitted,

DELK McNALLY LLP

*/s/ Jason R. Delk*
Jason R. Delk, Attorney No. 24853-18
Austin P. Sparks, Attorney No. 36969-49
*Attorneys for Plaintiff*

DELK McNALLY LLP
211 South Walnut Street
Muncie, IN 47305
Telephone: 765.896.9495